United States District Court
Southern District of Texas
FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

JUL 2 4 2014

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Criminal Case No.   M-14-483-01 |
| | § | |
| vs | § | Proceeding   SENTENCING |
| | § | (CONTESTED) |
| MARIA PATRICIA MEDINA | § | |
| | § | Date   July 24, 2014 |
| | § | |

**DEFENSE  EXHIBIT LIST**

| No. | DESCRIPTION | OFFERED | OBJ | ADMITTED | | DISPOSITION |
|---|---|---|---|---|---|---|
| | | | | YES | NO | |
| 1 | Guadalupe "Lupe" Trevino Contributions | x | | x | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# Guadalupe "Lupe" Trevino
# Contributions
# July 1, 2011------December 31, 2011

| DATE | NAME & ADDRESS | AMOUNT |
|---|---|---|
| 7/12/11 | Atlas & Hall, LLP<br>P.O. Drawer 3725<br>McAllen, TX  78502 | $2,500.00 |
| 7/12/11 | Valley's Marketplace LLC<br>P.O. Box 2467<br>McAllen, TX  78502 | $200.00 |
| 7/12/11 | Salinas-Flores<br>2011 N. Conway<br>Mission, TX  78572 | $1,500.00 |
| 7/13/11 | Ruben Cardenas<br>603 North Texas Blvd.<br>Weslaco, TX  78596 | $200.00 |
| 7/14/11 | Justino (J.R.) Garza, P.C.<br>2223 Primerose Ave.<br>McAllen, TX  78504 | $200.00 |
| 7/20/11 | Ronald R. Castillo<br>PGA Tour Golf Professional<br>P.O. Box 8385<br>Weslaco, TX  78596 | $300.00 |
| 7/26/11 | Pablo G. Pena<br>625 S. Airport Dr.<br>Weslaco, TX  78596 | $200.00 |
| 7/26/11 | Thomas Gonzalez<br>Weslaco, Texas | $5,000.00 |
| 7/30/11 | Mr. or Mrs. Juan B. Castillo<br>Ronald R. Castillo, POA<br>3053 E. 34th St.<br>Weslaco, TX  78596 | $200.00 |
| 8/03/11 | Veronica Gonzalez for Texas House<br>P.O. Box 1416<br>McAllen, TX | $500.00 |
| 8/04/11 | Monzer H. Yazji, MD<br>502 S. Closner<br>Eidnburg, TX  78539 | $1,000.00 |

DEFENDANT'S
EXHIBIT

CASE
NO. M-14-483-9

EXHIBIT
NO. 1